# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA INNOVATIONS,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>PAUL STERN; STEVE MYERS; MARK MILLER; SAVE-ON-AUDIO.COM,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 12-cv-2445-MMA-RBB<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Based upon the Plaintiff's Notice of Voluntary Dismissal [Doc. No. 22] pursuant to Federal Rule of Civil Procedure 41(a), and good cause having been shown, this Court hereby **ORDERS** that Plaintiff's action against Defendants Steve Myers, Mark Miller, and Save-On-Audio.com is dismissed with prejudice.

The Clerk of Court is hereby instructed to terminate this case.

**IT IS SO ORDERED.**

DATED: May 15, 2013

*/s/ Michael M. Anello*

Hon. Michael M. Anello
United States District Judge