# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DANA INNOVATIONS, | CASE NO. 12-cv-2445-MMA-RBB |
|---|---|
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| PAUL STERN; STEVE MYERS; MARK MILLER; SAVE-ON-AUDIO.COM, | |
| Defendants. | |

Based upon the Plaintiff's Notice of Voluntary Dismissal [Doc. No. 22] pursuant to Federal Rule of Civil Procedure 41(a), and good cause having been shown, this Court hereby **ORDERS** that Plaintiff's action against Defendants Steve Myers, Mark Miller, and Save-On-Audio.com is dismissed with prejudice.

The Clerk of Court is hereby instructed to terminate this case.

**IT IS SO ORDERED.**

DATED: May 15, 2013

*/s/ Michael M. Anello*

Hon. Michael M. Anello
United States District Judge